**Glen T. GRIMES, Petitioner,**

v.

**GLAMORGAN COAL CORP; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 03–2270.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 20, 2004.

Glen T. Grimes, Petitioner pro se. Harry Ashby Dickerson, Penn, Stuart & Eskridge, Abingdon, Virginia; Christian P. Barber, Timothy S. Williams, United States Department of Labor, Washington, D.C., for Respondents.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Glen T. Grimes seeks review of the Benefits Review Board's decision and order

affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Grimes v. Glamorgan Coal Corp.*, No. 03–0192–BLA (BRB Sept. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*